IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUIS MARTINEZ,

    Plaintiff,

v.                                                                                                                  No. 23-cv-01161-MV-KRS

WESTERN NEW MEXICO
CORRECTIONAL FACILITY,

    Defendant.

### ORDER TO CURE DEFICIENCIES

    This matter is before the Court on Plaintiff's Letter Regarding Civil Rights Claims (Doc. 1) (Letter). Plaintiff is incarcerated and proceeding *pro se*. The Letter indicates he wishes to file a 42 U.S.C. § 1983 civil rights complaint. On December 28, 2023, the Clerk's Office sent Plaintiff a blank § 1983 complaint and motion to proceed *in forma pauperis*. He has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). The failure to timely comply with this Order may result in dismissal of this case without further notice.

    **IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or, alternatively, submit an *in forma pauperis* motion that attaches an account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE